**Order entered June 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00614-CV

**PAUL LEVATINO, Appellant**

**V.**

**APPLE TREE CAFE TOURING, INC., ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12742**

## ORDER

We **GRANT** appellees' June 12, 2015 unopposed motion for an extension of time to file

a brief.  Appellees shall file a brief by **AUGUST 7, 2015**.  We caution appellees that no further

extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE